UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MCDONALD DEVELOPMENT COMPANY, a California Corporation; FASTENAL COMPANY, a Minnesota Corporation; and Does 1-10,<br><br>    Defendants. | Case: 2:15-cv-00697-MCE-AC<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties stipulation, and pursuant to Federal Rule of Civil Procedure.41 (a) (1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 3, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT